

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00133-CR

## EX PARTE ALBERT DAWSON, JR.

**From the 77th District Court
Limestone County, Texas
Trial Court No. 13561-A**

## MEMORANDUM  OPINION

Albert Dawson, Jr., has filed a "Notice of Appeal in Habeas Corpus."  It states that we have "jurisdiction to hear this appeal from [the] trial court's order denying habeas corpus relief."  However, this Court, as an intermediate court of appeals, has no jurisdiction over post-conviction writs of habeas corpus in felony cases.  *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a), (b) (West 2015); *Ex parte Martinez*, 175 S.W.3d 510, 512-13 (Tex. App.—Texarkana 2005, orig. proceeding) ("Our law requires post-conviction applications for writs of habeas corpus, for felony cases in which the death penalty was not assessed, to be filed in the court of original conviction, made returnable to the Texas Court of Criminal Appeals.") (citing TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a), (b)).  Accordingly, we dismiss this appeal for want of jurisdiction.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed May 24, 2017
Do not publish
[CR25]

